

FILED
CLERK, U.S. DISTRICT COURT

MAR 10 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** | CASE NUMBER | |
| v. | *11-00505 m* | |
| *Francisco Banuelos Perez* **DEFENDANT(S).** | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** | |

Upon motion of _*Aslt*_____, IT IS ORDERED that a detention hearing
is set for _*detn hrg*_____, *3/16/11*, at *2³⁰* ☐a.m. / ☒p.m. before the
Honorable _*Ralph Zarefsky*_____, in Courtroom *540*_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____
*(Other custodial officer)*

Dated: _*3/10/11*_____          _____
                                U.S. District Judge/Magistrate Judge

---